District Judge Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIETA MASSACA, <br><br> Plaintiff, <br><br> v. <br><br> UR M. JADDOU, *et al.*, <br><br> Defendants. | Case No. 2:24-cv-01634-TL <br><br> STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [~~PROPOSED~~] ORDER <br><br> Noted for Consideration: <br> January 10, 2025 |

Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to hold this case in abeyance until May 30, 2025. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") adjudicate her Form I-589, Application for Asylum and for Withholding of Removal. Defendants' response to the Complaint is currently due on January 16, 2025. The parties are currently working towards a resolution to this litigation. For good cause, the parties request that the Court hold the case in abeyance until May 30, 2025.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-01634-TL] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

1  control the disposition of the causes on its docket with economy of time and effort for itself, for
2  counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ.
3  P. 1.

4   With additional time, this case may be resolved without the need of further judicial
5  intervention.  USCIS has scheduled Plaintiff's asylum interview for January 30, 2025.  USCIS
6  agrees to diligently work towards completing the adjudication within 120 days of the interview,
7  absent unforeseen or exceptional circumstances that would require additional time for
8  adjudication.  If the adjudication is not completed within that time, USCIS will provide a status
9  report to the Court.  Plaintiff will submit all supplemental documents and evidence, if any, to
10 USCIS seven to ten days prior to the interview date.  Plaintiff recognizes that failure to submit
11 documents prior to the interview may require the interview to be rescheduled and the adjudication
12 delayed.  If needed, Plaintiff will bring an interpreter to the interview, otherwise the interview will
13 need to be rescheduled and the adjudication delayed.  After the interview, USCIS will need time
14 to adjudicate Plaintiff's asylum application.  Once the application is adjudicated, Plaintiff will
15 dismiss the case with each party to bear their own litigation costs and attorneys' fees.  Accordingly,
16 the parties request this abeyance to allow USCIS to conduct Plaintiff's asylum interview and then
17 process her asylum application.

18   As additional time is necessary for this to occur, the parties request that the Court hold the
19 case in abeyance until May 30, 2025.  The parties will submit a joint status report on or before
20 May 30, 2025.

21 //

22 //

23   DATED this 10th day of January, 2025.

24

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-01634-TL] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | GIBBS HOUSTON PAUW |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax:    (253) 428-3826<br>Email:  michelle.lambert@usdoj.gov | *s/ Emily Simcock*<br>EMILY SIMCOCK, WSBA# 55635<br>1000 Second Avenue, Suite 1600<br>Seattle, Washington 98104-1003<br>Phone: (206) 682-1080<br>Email: emily.simcock@ghp-law.net<br><br>*Attorney for Plaintiff* |

*Attorneys for Defendants*

*I certify that this memorandum contains 414 words, in compliance with the Local Civil Rules.*

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-01634-TL] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

# [~~PROPOSED~~] ORDER

The case is held in abeyance until May 30, 2025. The parties shall submit a joint status report on or before May 30, 2025. It is so **ORDERED**.

DATED this 10th day of January, 2025.

_____
Tana Lin
United States District Judge

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-01634-TL] - 4

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800