District Judge Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIETA MASSACA, <br><br>                              Plaintiff, <br><br>    v. <br><br>UR M. JADDOU, *et al.*, <br><br>                              Defendants. | Case No. 2:24-cv-01634-TL <br><br> STIPULATED MOTION TO DISMISS AND [PROPOSED] ORDER <br><br> Noted for Consideration: <br> February 19, 2025 |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate her Form I-589, Application for Asylum and for Withholding of Removal. USCIS has adjudicated the Form I-589 and this case is now moot.

//

//

STIPULATED MOTION TO DISMISS
[Case No. 2:24-cv-01634-TL] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

DATED this 19th day of February, 2025.

Respectfully submitted,

| | |
|---|---|
| TEAL LUTHY MILLER<br>Acting United States Attorney | GIBBS HOUSTON PAUW |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (206) 553-7970<br>Fax:    (206) 553-4067<br>Email:  michelle.lambert@usdoj.gov | *s/ Emily Simcock*<br>EMILY SIMCOCK, WSBA# 55635<br>Gibbs Houston Pauw<br>1000 Second Avenue, Suite 1600<br>Seattle, Washington 98104-1003<br>Phone: 206-682-1080<br>Email:  emily.simcock@ghp-law.net<br>*Attorneys for Plaintiff* |

*Attorneys for Defendants*

*I certify that this memorandum contains 76 words, in compliance with the Local Civil Rules.*

### [~~PROPOSED~~] ORDER

The case is dismissed without prejudice.   It is so **ORDERED**.

DATED this 19th day of February, 2025.

_____
Tana Lin
United States District Judge

STIPULATED MOTION TO DISMISS
[Case No. 2:24-cv-01634-TL] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800